AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br><br>Isaak Gilberto Millan<br><br>*Defendant(s)* | )<br>)<br>)<br>)  Case No.  2:26-MJ-80<br>)<br>)<br>)<br>) |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAY 1 2 2026

CLERK, U.S. DISTRICT COURT
By _____
Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____March 10, 2026_____ in the county of _____Potter_____ in the
____Northern____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi) | Possession with Intent to Distribute of Fentanyl |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Thomas Newton, DEA TFO
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone
(specify reliable electronic means).

Date: 5/12/26

_____
*Judge's signature*

City and state:          Amarillo, Texas          Lee Ann Reno, U.S. Magistrate Judge
_____
*Printed name and title*

No. 2:26-MJ-80

### AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Thomas Newton, being sworn, depose and state as follows:

1.      I am a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA).

2.      I am assigned to the DEA's Amarillo Resident Office (ARO).  I was hired as a police officer with the Amarillo Police Department (APD) in June 2005. I was assigned to the Amarillo Police Department Narcotics unit from 2022 until my current assignment as a TFO with DEA's ARO.  In connection with my duties and responsibilities as a Task Force Officer, I have received extensive training in narcotics trafficking investigations, including, but not limited to, conducting surveillance, smuggling, conducting undercover operations, packaging methods, utilizing confidential sources, and executing arrest and search warrants.

3.      This affidavit is made in support of a complaint and arrest warrant for Isaak Gilberto Millan. I am familiar with the information contained in this affidavit based on my own personal investigation and conversations with other law enforcement officers involved in this investigation.

4.      On May 10, 2026, the Amarillo Police Department (APD) K9 unit was conducting an interdiction operation at the Greyhound bus terminal.  During the investigation, a trained K9 alerted to a piece of luggage in the Greyhound bus's storage area.  A probable cause search of the luggage revealed two wrapped packages containing a white powder weighing approximately 2,300 gross grams.  A presumptive field test was conducted, and the white powdery substance found in the packaging tested positive for fentanyl.

5.      The two packages suspected of containing fentanyl were found inside the lining of a hard-sided rolling suitcase. To secure the packages, industrial spray foam was used to hold them in place, and the foam had to be chipped away to remove the contraband from the luggage. After the contraband was removed, the luggage was returned to the bus's storage area. The bus was then taken to the Greyhound passenger terminal to identify the owner of the luggage.

6.      Once at the passenger terminal, passengers were instructed to remove their luggage from the storage area. A man later identified as Isaak Gilberto Millan was seen taking the hard-sided suitcase that originally contained the suspected fentanyl. Uniform APD officers detained Isaak Gilberto Millan after he removed the suspected luggage.

7.    Isaak Gilberto Millan was taken to the Amarillo RO for an interview.  During a Mirandized interview, Isaak Gilberto Millan admitted that he was transporting drugs from "point A to point B," but he would not specify the exact destinations. Isaak Gilberto Millan also said that he would receive approximately $2,000 upon delivering the luggage to its final location. He also mentioned that the bus ticket was in his name but purchased by someone else he refused to identify. Additionally, he states that the luggage containing the suspected fentanyl was given to him by an unidentified individual.

8.    After the termination of the interview, Isaak Gilberto Millan was transported to Randall County Detention Center and booked with a federal hold.

Thomas Newton
DEA Task Force Officer

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this ___ day of ___May_____, 2026.

Lee Ann Reno, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

Anna Marie Bell
Assistant United States Attorney